**In the Matter of the NON–PAYMENT OF ATTORNEY REGISTRATION FEES.**

**No. 93S00–8603–MS–300.**

Supreme Court of Indiana.

May 14, 1986.

---

ORDER OF SUSPENSION FOR NON-PAYMENT OF ATTORNEY REGISTRATION FEES

Comes now the Disciplinary Commission of the Supreme Court and files a petition for immediate suspension under Admission and Discipline Rule 23, Section 21(d), of those attorneys who have failed to pay the annual registration fee as provided for by Admission and Discipline Rule 23, Section 21, which petition more fully appears in words and figures as follows, to-wit:

(H.I.)

And this Court, being duly advised, now finds that the following attorneys have not complied with Admission and Discipline Rule 23, Section 21, in that they have failed to file the requisite fee or affidavit:

Andersen, Jane Lee
Indiana Civil Rights Commission
311 W. Washington Street, Suite 319
Indianapolis, Indiana 46204

Andree, Jr., Robert Glen
1203 Portview Drive
Port Washington, Wisconsin 53074

Bleeke, Richard Ray
2200 Lake Avenue, Suite 125
Fort Wayne, Indiana 46805

Brown, Paul Edward
1225 N. Shadeland Avenue
Indianapolis, Indiana 46219

Brown, Robert Joseph
807 Washington Street
Valparaiso, Indiana 46383

Bush, Charles Ellis
Room 111, Monroe County Courthouse
Bloomington, Indiana 47401

Buthod, John James
123 Main Street, Suite 303
Evansville, Indiana 47708

Charters, Ronald Haines
P.O. Box 833
State College, Pennsylvania 16804

Conley, Jr., Isaac Lorean
312 S. 4th Avenue, Suite 518
Louisville, Kentucky 40202

Conwell, Mary Helen
1200 Waterway Boulevard
Indianapolis, Indiana 46202

Deeter, Ellen Marie Flanigan
20 North Meridian Street
Indianapolis, Indiana 46204

Dowdell, Jr., Dennis
27 Hidden Hollow Lane
Millwood, New York 10546

Downing, Samuel Walker
4610 Central Avenue
Indianapolis, Indiana 46205

Dunham, Jeffery Charles
4007 4th Street
Riverside, California 92501

Eden, Allison L. Woodall Taft
11240 North Meridian
Carmel, Indiana 46036

Eickhoff, John T.
7216 Cricklewood Circle
Indianapolis, Indiana 46250

Floyd, Ivan Dale
115 North Pennsylvania Street
Indianapolis, Indiana 46204

Fraser, Keith
116 West Walnut Street
Portland, Indiana 47371

Galvin, Sr., Timothy P.
5231 Hohman Avenue
7th Calumet Building
Hammond, Indiana 46320

Garnett, Ellis Ronald
360 Bay Street, Suite 310
Augusta, Georgia 30901

George, Jr., Albert
6295 Rucker Road, # G
Indianapolis, Indiana 46260

Godfrey, Theresa Lee
3290 Denise Street, Apt. 112
Portage, Indiana 46368

Gould, Geoffrey Kenneth
5548 Orchard
Portage, Indiana 46368

Graham, Joanne Carol
121 Seventh Avenue
Haddon Heights, New Jersey 08035

Hardy, Sylvia Faye
537 Thayer Avenue, # 302
Silver Springs, Maryland 20910

Herron, William Richard
1508 Ash Drive, East
Elkhart, Indiana 46514

Kane, Roger Carl
P.O. Box 270–B
Indianapolis, Indiana 46206

Kemmer, Charles B.
106 Meridian Street
W. Lafayette, Indiana 47906

Keppler, Donald Richard
600 N. Alabama, # 2604
Indianapolis, Indiana 46204

Kirby, Terrence Patrick
1221 East 49th Street
Indianapolis, Indiana 46205

Kutch, Donald Herman
9166 Budd Run Drive
Indianapolis, Indiana 46250

Lamberson, Leo J.
P.O. Box 912
South Bend, Indiana 46624

Lamping, Linda Rose
2800 First National Tower
Louisville, Kentucky 40202

Larkin, Michael Elwin
5849 Beech Hollow, # B
Indianapolis, Indiana 46254

Leatherman, William Stephen
30 W. 51st Street
Indianapolis, Indiana 46208

Lipartito, David Edward
832 North Desert Drive
Tucson, Arizona 85711

Logan, Timothy
Suite 125, 2200 Lake Avenue
Fort Wayne, Indiana 46805

Love, Robert Edward
107 N. Pennsylvania, # 300
Indianapolis, Indiana 46204

Maple, Mary Alice
438 Mechanic Street
Jeffersonville, Indiana 47130

McGee, William Earl
1257 N. Tibbs Avenue
Indianapolis, Indiana 46222

Meadors, Alyce Tender
11751 Grandview Drive
Columbus, Indiana 47201

Mikesell, Edward Victor
1701 East West Highway, Apt. 414
Silver Springs, Maryland 20910

Mitchell, Gwen Elaine
9124 Bells Mill Road
Potomac, Maryland 20854

Morris, Ronald William
3326–A W. Denton Lane
Phoenix, Arizona 85017

O'Donnell, Jr., John Francis
Keystone at Crossing, Suite 1000
Indianapolis, Indiana 46240

Pavlik, Thomas C.
90 Birch
Park Forest, Illinois 60466

Planas, Luis Medina
16903 Springmill Road
Westfield, Indiana 46074

Price, William Larry
603 Barrister Building
155 E. Market Street
Indianapolis, Indiana 46204

Quigley, David Thomas
11 Audree Lane
Richmond, Indiana 47374

Rademacher, Jon Taylor
2312 S. Burke Street
Indianapolis, Indiana 46231

Rarick, Phillip B.
3368 Woodburn Road, # 11
Annandale, Virginia  22003

Raymond, Aubrey Leonard
P.O. Box 295
Syracuse, Indiana  46567

Richardson, Jr., Verne
410 E. Main Street
Washington, Indiana  47501

Runyan, Harley Lee
1405 A Ventura Lane
Fort Wayne, Indiana  46816

Schellie, Peter D.
Bingham, Dana & Gould
1123 Mass. Ave., N.W., Suite 400
Washington, D.C.  20036

Schulenburg, John Allen
One Indiana Square, Suite 922
Indianapolis, Indiana  46266

Shosid, Carol M.
8111 Manderville Lane, # 1604
Dallas, Texas  75231

Siler, Mark Clifford
25167 Grim Road
Sturgis, Michigan  49091

Smith, Alban L.
3723 S. Franklin Street
P.O. Box 442
Michigan City, Indiana  46360

Smith, Michael Edward
1032 Hunting Lodge Drive
Inverness, Florida  32650

Stevenson, Robert L.
c/o Product Engineering Co., Inc.
14th & Ruddick Streets
Columbus, Indiana  47201

Stoehr, Sam Albert
P.O. Box 2352
Indianapolis, Indiana  46206

Stoner, Jr., Ralph Vernon
2900 One American Square
Box 82002
Indianapolis, Indiana  46282

Toney, William E.
Union Street
Liberty, Indiana  47353

Turner, Robert Bandel
525 W. Sixth Street
Indianapolis, Indiana  46220

Ver Wiebe, Richard C.
6617 Quail Ridge Lane
Fort Wayne, Indiana  46804

Voigt, Chris Werner
Market Square Center, Suite 660
Indianapolis, Indiana  46204

Ward, John Preston
1257 N. Tibbs Avenue
Indianapolis, Indiana  46222

Welton, Marshall Gay
6418 Carrollton Avenue
Indianapolis, Indiana  46220

Wilk, Kenneth M.
5231 Hohman Avenue
Hammond, Indiana  46320

This Court finds further that, pursuant to Admission and Discipline Rule 23, Section 21(d), these attorneys must be suspended from the practice of law in this State.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the attorneys here-above listed in this Order are hereby suspended from the practice of law in this State and are now subject to sanctions for the unauthorized practice of law. Such attorney's privilege to practice law may be reinstated upon written application, payment of unpaid registration fees and payment of the delinquent fees, or as otherwise specified.

IT IS FURTHER ORDERED that the Clerk of this Court shall forward a copy of this Order to all Clerks of the Circuit Court in the State who are directed to bring it to the attention of each Judge in the County and to post this Order for examination by the members of the Bar. The Clerk of this Court is further directed to forward a copy of this Order to every one of the above-listed attorneys whose address is on file with the Clerk's office and to the Indiana Bar Association for publication.

All Justices concur.